UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO IVAN MONTIEL-GONZALEZ, <br><br> Petitioner, <br><br> v. <br><br> RAND BEERS, Acting Secretary of the Department of Homeland Security, et al., <br><br> Respondents. | CASE NO. C13-1798-RAJ <br><br> ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. 1), respondents' return memorandum and motion to dismiss (Dkt. 7), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss (Dkt. 7) is GRANTED and this matter is DISMISSED with prejudice; and

//

ORDER OF DISMISSAL
PAGE -1

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 24th day of February, 2014.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE -2